UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Megan Hoffman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13532-DRH |
| *Jennifer Lopez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11573-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 15, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

Dated: August 19, 2013

Digitally signed by David R. Herndon
Date: 2013.08.19 10:04:22 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT